THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROSARIO TARANTOLO, Appellant.

*Crimes — unlawfully possessing revolver — judgment of conviction affirmed.*

People v. *Tarantolo*, 202 App. Div. 707, affirmed.

(Argued June 13, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1922, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of unlawfully possessing a revolver.

*Edward J. Reilly* for appellant.

*Charles J. Dodd, District Attorney (Harry S. Sullivan* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.